# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2006 OCT 31 PM 12: 41
CLERK US...
SOUTHERN... DISTRICT OF CALIFORNIA
BY_____ DEPUTY

In the Matter of the Search of

1. 2001 McCabe Road
   Holtville, CA 92250

SEARCH WARRANT

CASE NUMBER: '06 MJ 1973

*10-24-06*
*x 7087*
*(619) 850-1060 (cell)*

TO: Any authorized law enforcement officer and any Authorized Officer of the United States

Affidavit having been made before me by Senior Special Agent Don E. Webster, Immigration and Customs Enforcement who has reason to believe that on the premises known as

See Attachments "A" and "A-1"

in the Southern District of California there is now concealed a certain person or property namely

See Attachment "B"

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant based on alleged violations of 8 U.S.C. §§ 1324 (a)(2)(B)(ii); 1324 (a)(1)(A)(iii) and (v)(I); 1324 (a)(2)(B)(ii); 1324 (a)(1)(A)(iii) and (v)(II); and 1324 (a)(1)(A)(iii) and (v)(II).

YOU ARE HEREBY COMMANDED to search on or before  11/3/06
                                                  Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 a.m. to 10:00 p.m.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize the same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ___CATHY ANN BENCIVENGO___ as required by law.
United States Magistrate Judge

10/24/06 @ 4:08 pm at     San Diego, CA
Date and Time Issued       City and State

_____
Signature of Judicial Officer

Name and Title of Judicial Officer
**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| October 24, 2006 | October 25, 2006, 1045 hours | Placed on Table in House |

**INVENTORY MADE IN THE PRESENCE OF**
I.C. E. Special Agent Webster

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

See Attached list of evidence taken, Investigation number 003/0021 dated Thursday October 26, 2006.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

Donald E. Webster, SA I.C.E.   _[signature]_

Subscribed, sworn to, and returned before me this date.

_____   10/31/06
U.S. Judge or Magistrate                Date

# Inventory Listing of Warrant Items Seized at Search Warrant Site

**Site Name:**
2001 McCabe Rd
Holtville, CA
37 Acre Ranch with 3 houses and 1 trailer located at the intersection of Towland and McCabe road.

**Investigation Number:**
003/0021

**Starting Date and Time:**
10/25/2006 10:45 AM

**Ending Date and Time:**
10/25/2006 12:20 PM

**Report Date:**
Wednesday, June 02, 2004

---

**Control #:** 1
**Location:** Front Porch
**Found:** Living Room 1B
**Description:** Seized Per Warrant   Various documents taken from Room 1B to Include: Immigration Documents, Documents taken from briefcase, documents taken from desk, various documents found in back-pack and book shelf, miscellaneous documents found by television.
**Evidence Box:**
**Locator Code:**

---

**Control #:** 2
**Location:** Bathroom
**Found:** Bathroom 1D
**Description:** Seized Per Warrant   Immigration Documents found in bathroom drawer.
**Evidence Box:**
**Locator Code:**

---

**Control #:** 3
**Location:** Living Room
**Found:** Side Trailer
**Description:** Seized Per Warrant   Two camares, Miscellaneous Documents
**Evidence Box:**
**Locator Code:**

---

**Control #:** 4
**Location:** Bedroom Bedroom
**Found:** Bedroom 1C
**Description:** Seized Per Warrant   Miscellaneous document.
**Evidence Box:**
**Locator Code:**

---

**Control #:** 5
**Location:** Front Porch
**Found:** Front Porch 1E
**Description:** Seized Per Warrant   One wallet containing immigration documents. One bag with miscellaneous documents.
**Evidence Box:**
**Locator Code:**

---

**Control #:** 6
**Location:** Trailer
**Found:** Trailer H3
**Description:** Seized Per Warrant   Miscellaneos documents.
**Evidence Box:**
**Locator Code:**

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | |
| **Location:** | Trailer | **Locator Code:** | |
| **Found:** | H8 Mobile Home | | |
| **Description:** | Seized Per Warrant   Miscellaneous documents. | | |

# Inventory Listing of All Items Seized by Investigators at Search Warrant Site

**Site Name:**
2001 McCabe Rd
Holtville, CA

37 Acre Ranch with 3 houses and 1 trailer located at the intersection of Towland and McCabe road.

**Investigation Number:**
003/0021

**Starting Date and Time:**
10/25/2006 10:45 AM

**Ending Date and Time:**
10/25/2006 12:20 PM

**Report Date:**
Thursday, October 26, 2006

| Initials | Full Name | Agency | Primary Role |
|---|---|---|---|
| WD | Webster Donald | ICE | Site Leader |

| Control No. | Description | Evidence Box |
|---|---|---|
| A1 | Various documents taken from Room 1B to Include: Immigration Documents, Documents taken from briefcase, documents taken from desk, various documents found in back-pack and book shelf, miscellaneous documents found by television. | |
| A2 | Immigration Documents found in bathroom drawer. | |
| A3 | Two camares, Miscellaneous Documents | |
| A4 | Miscellaneous document. | |
| A5 | One wallet containing immigration documents. One bag with miscellaneous documents. | |
| A6 | Miscellaneos documents. | |
| A7 | Miscellaneous documents. | |

# Detail Inventory Listing of All Items at Search Warrant Site

**Site Name:**
2001 McCabe Rd
Holtville, CA
37 Acre Ranch with 3 houses and 1 trailer located at the intersection of Towland and McCabe road.

**Investigation Number:**
003/0021
**Starting Date and Time:**
10/25/2006 10:45 AM
**Ending Date and Time:**
10/25/2006 12:20 PM

**Report Date:**
Thursday, October 26, 2006

---

| | | |
|---|---|---|
| **Control #:** | A1 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | Various documents taken from Room 1B to Include: Immigration Documents, Documents taken from briefcase, documents taken from desk, various documents found in back-pack and book shelf, miscellaneous documents found by television. |
| **Key Word:** | | |
| **Location:** | Front Porch | |
| **Found:** | Living Room 1B | |
| **Locating Investigator:** | Webster Donald | |
| **Evidence Custodian:** | Yolanda Solorzano | |
| **Evidence Logger:** | Yolanda Solorzano | |

| | | |
|---|---|---|
| **Control #:** | A2 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | Immigration Documents found in bathroom drawer. |
| **Key Word:** | | |
| **Location:** | Bathroom | |
| **Found:** | Bathroom 1D | |
| **Locating Investigator:** | Webster Donald | |
| **Evidence Custodian:** | Yolanda Solorzano | |
| **Evidence Logger:** | Yolanda Solorzano | |

| | | |
|---|---|---|
| **Control #:** | A3 | **Evidence Box:** |
| **Photo #:** | | **Locator Code:** |
| **Description:** | Seized Per Warrant | Two camares, Miscellaneous Documents |
| **Key Word:** | | |
| **Location:** | Living Room | |
| **Found:** | Side Trailer | |
| **Locating Investigator:** | Webster Donald | |
| **Evidence Custodian:** | Yolanda Solorzano | |
| **Evidence Logger:** | Yolanda Solorzano | |

| Control #: | A4 | Evidence Box: | |
|---|---|---|---|
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | Miscellaneous document. | |
| Key Word: | | | |
| Location: | Bedroom | | |
| | Bedroom | | |
| Found: | Bedroom 1C | | |
| Locating Investigator: | Webster Donald | | |
| Evidence Custodian: | Yolanda Solorzano | | |
| Evidence Logger: | Yolanda Solorzano | | |

| Control #: | A5 | Evidence Box: | |
|---|---|---|---|
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | One wallet containing immigration documents. One bag with miscellaneous documents. | |
| Key Word: | | | |
| Location: | Front Porch | | |
| Found: | Front Porch 1E | | |
| Locating Investigator: | Webster Donald | | |
| Evidence Custodian: | Yolanda Solorzano | | |
| Evidence Logger: | Yolanda Solorzano | | |

| Control #: | A6 | Evidence Box: | |
|---|---|---|---|
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | Miscellaneos documents. | |
| Key Word: | | | |
| Location: | Trailer | | |
| Found: | Trailer H3 | | |
| Locating Investigator: | Webster Donald | | |
| Evidence Custodian: | Yolanda Solorzano | | |
| Evidence Logger: | Yolanda Solorzano | | |

| Control #: | A7 | Evidence Box: | |
|---|---|---|---|
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | Miscellaneous documents. | |
| Key Word: | | | |
| Location: | Trailer | | |
| Found: | H8 Mobile Home | | |
| Locating Investigator: | Webster Donald | | |
| Evidence Custodian: | Yolanda Solorzano | | |
| Evidence Logger: | Yolanda Solorzano | | |

# Inventory Listing of All Items Seized by Evidence Custodian at Search Warrant Site

**Site Name:**
2001 McCabe Rd
Holtville, CA
37 Acre Ranch with 3 houses and 1 trailer located at the intersection of Towland and McCabe road.

**Investigation Number:**
003/0021

**Starting Date and Time:**
10/25/2006 10:45 AM

**Ending Date and Time:**
10/25/2006 12:20 PM

**Report Date:**
Thursday, October 26, 2006

| Initials | Full Name | Agency | Primary Role |
|---|---|---|---|
| YS | Yolanda Solorzano | ICE | Evidence Custodian |

| Control No. | Description | Evidence Box |
|---|---|---|
| A1 | Various documents taken from Room 1B to Include: Immigration Documents, Documents taken from briefcase, documents taken from desk, various documents found in back-pack and book shelf, miscellaneous documents found by television. | |
| A2 | Immigration Documents found in bathroom drawer. | |
| A3 | Two camares, Miscellaneous Documents | |
| A4 | Miscellaneous document. | |
| A5 | One wallet containing immigration documents. One bag with miscellaneous documents. | |
| A6 | Miscellaneos documents. | |
| A7 | Miscellaneous documents. | |