FILED

06 OCT 24 PM 4:20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE PREMISES DESCRIBED AS: <br><br> 2001 McCable Road, Holtville, California 92250 | Magistrate Case No. '06 MJ 1973 <br><br> **ORDER SEALING SEARCH WARRANT; AND THE APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant; and the application and affidavit for search warrant; and this order be sealed until further order of the Court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the premises searched.

DATED: 10/24/06.

HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge

Presented by:

CAROL C. LAM
United States Attorney


STACEY H. SULLIVAN
Assistant U.S. Attorney